08 MAY 30 AM 10:49

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY '08 MJ 1711

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: ______________________

The person charged as TRAMMELL, Sky Gary now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Arizona on 11/27/07 with Title 18 USC 3161 (h), in violation of:

Defendant failed to self-surrender as ordered by the Court.

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: 5/30/08

Ken Lavigna
CI -Deputy United States Marshal 053008

Reviewed and Approved

DATE: May 30, 2008

______________________
Assistant United States Attorney

AO 442 (Rev.5/85-AZ) Warrant for Arrest

# United States District Court

District of Arizona

## WARRANT FOR ARREST

United States of America
V.
Sky Gary Trammell

CASE NUMBER : CR 04-50178-PHX-MHM

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest Sky Gary Trammell

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of Court
☐ Violation Notice ☐ Petition for Probation Violation
☐ Petition on Supervised Release

Defendant failed to self-surrender as ordered by the Court.

RICHARD H. WEARE
Name of Issuing Officer

District Court Executive / Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer
(By) Deputy Clerk

November 27, 2007, Phoenix, Arizona
Date and Location

Bail fixed at $__________

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |



2007 NOV 27 PM 3:17

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, Plaintiff, v. Sky Gary Trammell, Defendant. | CR-04-50178-PHX-MHM **ORDER** |

Upon motion of the United States, and good cause appearing:

IT IS HEREBY ORDERED that a bench warrant issue for defendant for failure to self-surrender to the U.S. Marshal on October 3, 2007 as ordered by this Court on September 6, 2007.

Excludable delay under 18 U.S.C. § 3161(h)___ is found to commence on __________________ for a total of _____ days.

DATED this 27th day of November, 2007.

Mary H. Murguia
United States District Judge

CERTIFIED TO BE A TRUE COPY
DATED: 11/27/07

RICHARD H. WEARE, CLERK
U. S. DISTRICT COURT

BY __________
DEPUTY CLERK

2007 NOV 27 PM 3:17