**Minutes of the United States District Court**
**Southern District of California**
**JUNE 17, 2008**

**HON. JAN M. ADLER** **DEPUTY CLERK: R. RHONE**

TAPE NO. JMA08-01-14:14-14:20

08MJ1711 - JMA USA vs. SKY GARY TRAMMELL - 48559008 (C)

REMOVAL/
ID HRG

JAMES M. BROWN, CJA

AUSA: FRED SHEPPARD

DFT ADMITS IDENTITY

WAIVER OF HRG FILED

ORDER OF REMOVAL FILED

6 MINUTES